# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of March, two thousand and fifteen.

Before:      Ralph K. Winter,
                   *Circuit Judge.*

_____

Perrim Anderson,

Plaintiff-Appellee,

v.

County of Suffolk, *et al.*,

Defendants-Appellants.

_____

**ORDER**
Docket No. 14-2564

Appellee moves for an extension of time to file the brief and for leave to file a supplemental appendix.

IT IS HEREBY ORDERED that the Appellee is granted an extension until March 24, 2015, with no further extensions. The clerk is instructed to treat this case as ready for calendaring as of March 24, 2015 whether or not appellee's brief has been filed. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013). The motion for leave to file a supplemental appendix is also granted.

For the Court:

Catherine O'Hagan Wolfe,

Clerk of Court

